IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No: 8:12CR271 |
| Plaintiff, | ) | |
| v. | ) | **ORDER APPOINTING** |
| | ) | **STAND-BY COUNSEL** |
| PAUL ROSBERG, | ) | |
| | ) | |
| Defendant. | | |

**IT IS ORDERED** that Horacio J. Wheelock is appointed to represent the above-named defendant in this matter as stand-by counsel. In the event that Horacio J. Wheelock accepts this appointment, he shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that counsel's appointment herein is made pursuant to 18 U.S.C. § 3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Horacio J. Wheelock.

DATED this 20th day of November, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge