IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 8:12CR271 |
| vs. | ) | |
| | ) | |
| PAUL ROSBERG, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the request for transcript of hearing held on September 19, 2012 [48].

IT IS ORDERED:

1.    The request for transcript, filing [48] is granted.

2.    Paul Rosberg, is ordered to pay to the Clerk of Court the amount of $92.15. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $92.15, a refund check will be issued.

3.    Upon receipt of this fee, the Court Reporter is ordered to prepare a transcript of the hearing held on September 19, 2012.   A paper copy of the transcript shall be mailed to the requestor.  A copy of this order should also be mailed to the requestor.

Dated: December 12, 2012.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge