IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| | ) | 8:12CR271 |
| vs. | ) | |
| | ) | |
| PAUL ROSBERG, | ) | Order |
| | ) | |
| Defendants. | ) | |

Before the Court is the request for transcript of hearing held on September 19, 2012 [48]. The Court issued an Order [49] granting defendant's request for transcript on December 12, 2012. The Court ordered that should the cost of the transcript exceed the cost of $92.15, the requestor would be required to pay the difference. The Court has been informed that the cost of the prepared transcript is $106.70. Therefore, the requestor is required to pay the difference of $14.55.

IT IS ORDERED:

1. The request for transcript, filing [48] is granted.

2. Paul Rosberg, is ordered to pay to the Clerk of Court the amount of $14.55 for the additional cost of the prepared transcript.

3. Upon receipt of this fee, the Court Reporter is ordered to mail a copy of the prepared transcript of the hearing held on September 19, 2012 to the requestor. A copy of this order should also be mailed to the requestor.

Dated: December 21, 2012.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge